UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PAUL DAUGEVELO and CHRISTOPHER GLINTON,

                Plaintiffs,

v.                                        **ORDER**

RYAN FRIDLICH and PAUL SILVIK,      20-CV-00538 (PMH)

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: New York, New York
       January 27, 2021

                                                               _____
                                                               Philip M. Halpern
                                                               United States District Judge